**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| CATERPILLAR, INC., BARNES & NOBLE, § | Civil Action No. 6:16-CV-1361 |
| INC., BARNESANDNOBLE.COM LLC, § | |
| PANTECH WIRELESS, INC. & POLAROID § | **JURY TRIAL DEMANDED** |
| CORPORATION, § | |
| § | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Barnes & Noble, Inc. and barnesandnoble.com LLC certify as follows:

1. Defendant Barnes & Noble, Inc. is the corporate parent of Barnes & Noble Booksellers, Inc., which was the corporate parent of Defendant barnesandnoble.com LLC through May 6, 2015. However, as of May 6, 2015, barnesandnoble.com LLC no longer exists.

2. There is no other publicly held corporation which owns 10% or more of Defendant Barnes & Noble, Inc.'s or barnesandnoble.com LLC's stock.

Dated: January 5, 2017                             Respectfully submitted,

                                                                              */s/ David Eiseman*
                                                                              David Eiseman
                                                                              Quinn Emanuel Urquhart & Sullivan, LLP
                                                                              50 California Street, 22nd Floor
                                                                              San Francisco, CA 94111
                                                                              Telephone: (415) 875-6600
                                                                              Facsimile: (415) 875-6700
                                                                              Email: davideiseman@quinnemanuel.com

**ATTORNEY FOR DEFENDANTS
BARNES & NOBLE, INC. AND
BARNESANDNOBLE.COM LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on January 5, 2017.

                                                   */s/ David Eiseman*
                                                   David Eiseman