# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § § CATERPILLAR, INC., BARNES & NOBLE, § INC., BARNESANDNOBLE.COM LLC, § PANTECH WIRELESS, INC. & POLAROID § CORPORATION, § § Defendants. | Civil Action No. 6:16-CV-1361  **JURY TRIAL DEMANDED** |

## ORDER GRANTING STIPULATED DISMISSAL OF BARNESANDNOBLE.COM LLC AND BARNES & NOBLE, INC.

Plaintiff Blue Spike, LLC and Defendants Barnes & Noble, Inc., barnesandnoble.com LLC and Nook Digital LLC filed a joint stipulation voluntarily dismissing barnesandnoble.com LLC and Barnes & Noble, Inc. Having considered the same, such stipulation is **GRANTED**.

All claims against Barnes & Noble, Inc., barnesandnoble.com LLC and Nook Digital LLC are **DISMISSED** without prejudice.

**SIGNED this 4th day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE