**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.  6:16-CV-01361-RWS** |
| | § | |
| v. | § | |
| | § | |
| **CATERPILLAR, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.  6:17-CV-00131-RWS** |
| | § | |
| v. | § | |
| | § | |
| **BULLITT MOBILE, LLC** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Pursuant to Blue Spike, LLC ("Blue Spike") and Caterpillar, Inc.'s ("Caterpillar") Joint Notice that they have reached a settlement agreement (Doc. No. 84), the Court hereby DISMISSES Blue Spike's claims against Caterpillar WITH PREJUDICE.

Neither Caterpillar, Inc. nor Bullitt Mobile, Ltd. shall seek recovery of any legal fees or costs incurred in the Bullitt Action or the Caterpillar Action. The parties requested that final judgment be entered in favor of Caterpillar. Accordingly, Judgment is entered in favor of Caterpillar. Costs shall be borne by the party incurring the same.

**SIGNED this 28th day of June, 2017.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE